■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN L. DUNCAN, Appellant.— Judgment of conviction unanimously affirmed. (Appeal from judgment of Erie County Court convicting defendant of the crime of grand larceny, second degree.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HELEN CRASKA, Also Known as HELEN DAVIS, Appellant.— Order unanimously affirmed. (Appeal from order of Extraordinary, Special and Trial Term, Supreme Court, Oneida County revoking the suspension of a sentence and directing that defendant be committed to the County Jail for one year.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ FRANK DI MARIA, Appellant, v. GERALD L. PADDOCK, Respondent.— Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Monroe Trial Term for defendant for no cause of action, in an automobile negligence action.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM VASQUEZ, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Cayuga County Court denying and disallowing relator's application for a writ of habeas corpus.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWIN ELLETT BERG, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Order unanimously affirmed, without costs of this appeal to either party. (Appeal from order of Wyoming County Court dismissing the writ of habeas corpus and remanding relator to the custody of the Warden of Attica Prison.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.

■ DANIEL T. MILLER, an Infant, by MARY L. MILLER, His Guardian ad Litem, Appellant, v. CARMEN PENNA, Respondent.— Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Cayuga Trial Term for defendant and against plaintiff Daniel T. Miller for no cause of action, in an automobile negligence action.) Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.